Upon consideration of relators' motion for leave to supplement evidence,

It is ordered by the court that the motion is granted.

It is further ordered by the court that relators shall submit any supplemental evidence within seven days of the date of this entry. The briefing schedule previously ordered shall commence after any supplemental evidence is filed as follows:

Relator shall file its brief within 10 days after the filing of the evidence; respondent shall file its brief within 20 days after the filing of relator's brief; and relator may file a reply brief within 7 days after the filing of respondent's brief.

## MEDIATION REFERRALS

The following cases have been referred to mediation pursuant to S.Ct.Prac.R. XIV(6):

**2007–0320.  Smink Elec., Inc. v. Levin.**
Board of Tax Appeals, No. 2005–B–1277.

**2007–0341.  State ex rel. Ohio Patrolmen's Benevolent Assn. v. Lucas Cty. Sheriff's Office.**
Lucas App. No. L–06–1108, 2007-Ohio-101.

**2007–0347.  Polaris Amphitheater Concerts, Inc. v. Delaware Cty. Bd. of Revision.**
Board of Tax Appeals, No. 2004–V–1294.

## CASE ANNOUNCEMENTS AND ADMINISTRATIVE ACTIONS
*February 28, 2007*

[Cite as *02/28/2007 Case Announcements,* 2007-Ohio-724.]

## MERIT DECISIONS WITHOUT OPINIONS

**2006–2269.  State ex rel. Prestwood v. Wolaver.**
In Prohibition. On motion to dismiss. Motion dismiss granted. Cause dismissed.

MOYER, C.J., PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, Lanzinger and CUPP, JJ., concur.

**2006–2290.  State ex rel. Watterson v. Disciplinary Counsel.**
In Mandamus. On respondent's motion to dismiss and relator's motion for leave to file amended writ of mandamus. Motion to dismiss granted. Motion for leave to file amended writ of mandamus denied. Cause dismissed.

MOYER, C.J., PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER and CUPP, JJ., concur.

**2006–2394.  Facundo v. Bur. of Prisons.**
In Habeas Corpus. On petition for writ of habeas corpus of Enrique Facundo. Sua sponte, cause dismissed.

MOYER, C.J., PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER and CUPP, JJ., concur.

**2006–2400.  Nedea v. Jackson.**
In Habeas Corpus. On petition for writ of habeas corpus of Romulus Nedea. Sua sponte, cause dismissed.

MOYER, C.J., PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER and CUPP, JJ., concur.

**2007–0004.  Banks v. Jeffreys.**
In Habeas Corpus. On petition for writ of habeas corpus of Shawn L. Banks. Sua sponte, cause dismissed.

MOYER, C.J., PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER and CUPP, JJ., concur.

**2007–0038.  Avery v. Beightler.**
In Habeas Corpus. On petition for writ of habeas corpus of Edward B. Avery Sr. Sua sponte, cause dismissed.

MOYER, C.J., PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER and CUPP, JJ., concur.